UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2016
```

-------------------------------------------------------------- X

IN RE:                                            :

                                                  :            14-MD-2573 (VEC)

LONDON SILVER FIXING, LTD.,                       :            14-MC-2573 (VEC)[1]

ANTITRUST LITIGATION                              :

                                                  :            **ORDER NO. 10**

*This Document Relates to All Actions*            :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS Plaintiffs have moved for preliminary approval of a settlement of all claims

against Deutsche Bank AG and its subsidiaries that are defendants in this action and conditional

certification of a settlement class, Dkt. 31;

   IT IS HEREBY ORDERED that: on or before **November 19, 2016**, Plaintiffs' counsel is

directed to provide a supplemental submission in support of its motion for preliminary approval

addressing the following issues:

1. The basis for the Court to provide even preliminary approval of a settlement class that
   excludes foreign claimants inasmuch as the proposed putative class as identified in the
   Second Amended Complaint, Dkt. 11 ¶ 259, appears to include silver traders
   worldwide; and

2. In light of the Court's Opinion and Order dated October 3, 2016, Dkt. 30, the basis for
   the Court to provide even preliminary approval of settlement class period that includes
   sales of silver prior to 2007 or after 2013.

**SO ORDERED.**

**Date:  October 27, 2016**
**       New York, New York**                     **VALERIE CAPRONI**
                                                   **United States District Judge**

---

[1] Unless otherwise specified, the Court's citations are to the master case file in this action.