USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE: :
 :  14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD., : 14-MC-2573 (VEC)
ANTITRUST LITIGATION :
 : ORDER
*This Document Relates to All Actions* :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2018, this Court approved a discovery schedule, including the provision of monthly status letters of not more than five pages summarizing discovery progress to be filed on the first business day of each month, *see* Dkt. 371;

WHEREAS on May 24, 2019, this Court approved an amended fact discovery schedule, maintaining that monthly status reports on the progress of discovery must be submitted on the first business day of every month, *see* Dkt. 420; and

WHEREAS on August 4, 2020, the parties submitted their most recent status report, *see* Dkt. 460;

IT IS HEREBY ORDERED the parties must file the outstanding September 2020 status report by no later than **Friday, September 18, 2020**. The parties must file subsequent monthly status reports on the first business day of each month (in light of the late filing of the September report, the October report need not be filed). Adjournments of this monthly deadline require leave of Court.

**SO ORDERED.**

Date: September 14, 2020
 New York, NY

**VALERIE CAPRONI
United States District Judge**