USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                    :
                                                          :           14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                               :           14-MC-2573 (VEC)
ANTITRUST LITIGATION                                      :
                                                          :
*This Document Relates to All Actions*                    :
-------------------------------------------------------------X

## [PROPOSED] ORDER

WHEREAS on August 5, 2020 (Dkt. No. 464), this Court entered the Order Approving Class Notice Plan, Preliminarily Approving Distribution Plan for Class Action Settlement with Defendant Deutsche Bank, and Scheduling Hearing for Final Approval of the Settlement (the "Deutsche Bank Settlement Order");

WHEREAS the Deutsche Bank Settlement Order requires that "the Settlement Administrator shall be responsible for: . . . effectuating the Class Notice plan, including by running potential members of the Settlement Class's addresses through the National Change of Address Database to obtain the most current address for each person";

WHEREAS Plaintiffs wish that notice be provided to counterparties who engaged in relevant Silver transactions with Defendants during the Settlement Class Period (the "Counterparties"); and

WHEREAS the parties have agreed that Defendants may use an agent of Defendants' choosing to send their Counterparties the notice required by the Deutsche Bank Settlement Order;

NOW THEREFORE, it is hereby ORDERED that Defendants shall provide the requested contact information of their Counterparties (including name, address, and telephone number, to

the extent addresses and telephone numbers are reasonably accessible from a common database) to Rust Inc., the agent chosen by Defendants to effectuate the required notice, promptly after Defendants' engagement of Rust Inc.

**Date: December 29, 2020**
      **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**