USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE: :
 :  14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD., :  14-MC-2573 (VEC)
ANTITRUST LITIGATION :
 :  ORDER
*This Document Relates to All Actions* :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a Fairness Hearing with respect to the Settlement with Deutsche Bank in this matter is scheduled for **Thursday, April 8, 2021, at 10:00 A.M.**, Dkt. 446;

IT IS HEREBY ORDERED that the Fairness Hearing will be held in **Courtroom 110** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007;

IT IS FURTHER ORDERED that any interested members of the public may listen to the proceeding by dialing 1-888-363-4749, using the access code 3121171, and the security code 2573. Recording or rebroadcasting the proceeding is strictly prohibited by law.

IT IS FURTHER ORDERED that the parties must post the new courtroom number, the public dial in information, and the information below about courthouse entry requirements on the settlement website by no later than **Friday, April 2, 2021**.

IT IS FURTHER ORDERED that by no later than **Friday, April 2, 2021**, the parties must inform the Court if they believe more than 25 people will attend the Fairness Hearing in person. If more than 25 people will attend, the Court will set up an overflow room.

IT IS FURTHER ORDERED that counsel for the Representative Plaintiffs and Deutsche Bank that plan to speak at the Fairness Hearing must attend in person. Counsel that do not plan to speak, counsel for other parties in this matter, client representatives, and any interested

members of the public may attend in person or remotely, using the dial in information listed above.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  March 30, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.