USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

IN RE:                                           :
                                                 :                    14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                       :                    14-MC-2573 (VEC)
ANTITRUST LITIGATION                             :
                                                 :                    ORDER
*This Document Relates to All Actions*           :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 8, 2020, Plaintiffs and Defendant Deutsche Bank appeared for a Fairness Hearing with respect to the Deutsche Bank Settlement;

      IT IS HEREBY ORDERED that by no later than **Thursday, April 22, 2021**, Plaintiffs must file a supplemental submission addressing the issues raised at the Fairness Hearing.  In addition to the issues raised at the hearing, Plaintiffs also must address the following:

1. Were the Court to grant Plaintiffs' motion for attorneys' fees and expenses as initially requested and Plaintiffs were to reach a future settlement with one or both remaining Defendants, how would this impact Plaintiffs' future lodestar analysis and expenses? Would Plaintiffs' future lodestar "double count" work that was already reflected in the Deutsche Bank lodestar or would Plaintiffs' lodestar be limited to work completed after October 2020?[1]

2. In exercising the Court's discretion to award reasonable attorneys' fees, how should the Court weigh the four-year delay between the motion for preliminary approval of the settlement agreement and the motion to approve the notice plan?  Given that Plaintiffs' counsel could have filed the motion to approve the notice plan much more quickly, why

---

[1]     Plaintiffs' counsel reports that the Deutsche Bank lodestar reflects time worked from the inception of this matter through October 2020.  *See, e.g.*, Fees Mem. of Law, Dkt. 485 at 21.

should the settlement class have to incur the costs of attorneys' fees and expenses for this

lengthy period of time?


**SO ORDERED.**

Date:  **April 9, 2021**
       **New York, NY**                        _____

                                               **VALERIE CAPRONI**
                                               **United States District Judge**