USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
IN RE:                                                        :
                                                              :        14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                                   :        14-MC-2573 (VEC)
ANTITRUST LITIGATION                                          :
                                                              :        ORDER
*This Document Relates to All Actions*                        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 23, 2021, Plaintiffs filed a motion for class certification, Dkt. 558;

    WHEREAS Defendants' deadline to respond in opposition to the motion for class certification is May 6, 2022, and Plaintiffs' deadline to reply in support of their motion is July 29, 2022, Dkt. 551; and

    WHEREAS on February 28, 2022, Defendants filed a motion for judgment on the pleadings as to Plaintiffs' anti-trust claims, Dkt. 584.

    IT IS HEREBY ORDERED that the parties must meet and confer and file a joint letter, not to exceed three pages, by no later than **Wednesday, March 9, 2022**, addressing the following:

1. A joint proposed briefing schedule on Defendants' motion for judgment on the pleadings;

2. Whether either party anticipates filing *Daubert* motions in connection with Plaintiffs' motion for class certification; if so, whether the parties are planning to file those motions on the same dates as their respective response and reply deadlines; and if not, a proposed briefing schedule for those motions;

3. Each side's position as to whether the motion for class certification, including any related *Daubert* motions, should be stayed pending the Court's resolution of Defendants' motion for judgment on the pleadings.

**SO ORDERED.**

Date: **March 1, 2022**
**New York, NY**

                                            **VALERIE CAPRONI**
                                            **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.