USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/10/2022

**MEMO ENDORSED**

March 9, 2022

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In re London Silver Fixing, Ltd Antitrust Litig.*, No. 14-MD-2573 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

Pursuant to Your Honor's order (Dkt. No. 586), the parties jointly submit this letter concerning: (i) a briefing schedule on Defendants' motion for judgment on the pleadings (Dkt. No. 584); (ii) the timing of any anticipated *Daubert* motions in connection with Plaintiffs' motion for class certification (Dkt. No. 558); and (iii) the parties' position on whether the class certification proceedings should be stayed pending the Court's resolution of Defendants' motion for judgment on the pleadings.

*First*, the parties have met and conferred and jointly propose the following briefing schedule on Defendants' motion for judgment on the pleadings:

| April 14, 2022 | Plaintiffs to file their response in opposition to Defendants' motion for judgment on the pleadings |
|---|---|
| May 16, 2022 | Defendants to file their reply in support of their motion for judgment on the pleadings |

*Second*, Defendants anticipate filing a *Daubert* motion in connection with Plaintiffs' motion for class certification. Defendants intend to file any such motion by the same date as their deadline to respond in opposition to the motion for class certification. Plaintiffs will file any opposition by the same date as their deadline to file a reply in support of their motion for class certification, and Defendants will file any reply in support of their *Daubert* motion thirty (30) days after Plaintiffs' reply in support of their motion for class certification. Plaintiffs will file any *Daubert* motions directed to Defendants' expert(s) on their date to file a reply in support of their motion for class certification. Defendants will have sixty (60) days thereafter to file any opposition, and Plaintiffs will then have thirty (30) days thereafter to file a reply.

*Third*, the parties agree that all proceedings in connection with Plaintiffs' motion for class certification (including expert depositions and any related *Daubert* motions) should be stayed pending the Court's resolution of Defendants' motion for judgment on the pleadings.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert Eisler* | */s/ Vincent Briganti* |
| Robert G. Eisler | Vincent Briganti |
| Chad Holtzman | Johnathan Seredynski |
| GRANT & EISENHOFER PA | LOWEY DANNENBERG P.C. |
| 485 Lexington Avenue, 29th Floor | 44 South Broadway, Suite 1100 |
| New York, NY 10017 | White Plains, NY 10601 |

*Interim Co-Lead Counsel for Silver Plaintiffs and the Proposed Silver Class*

| | |
|---|---|
| */s/ Stephen Ehrenberg* | */s/ Damien Marshall* |
| Stephen Ehrenberg | Damien J. Marshall |
| William H. Wagener | Leigh Nathanson |
| SULLIVAN & CROMWELL LLP | Laura Harris |
| 125 Broad Street | KING & SPALDING LLP |
| New York, NY 10004 | 1185 Avenue of the Americas, 34th Floor |
| | New York, NY 10036 |
| *Attorneys for The Bank of Nova Scotia Defendants and Liaison Defense Counsel* | *Attorneys for the HSBC Defendants* |

---

Any response in opposition to the motion for judgment on the pleadings is due no later than **Thursday, April 14, 2022** and any reply in support of the motion is due no later than **Friday, May 13, 2022**. The Court recognizes that Defendants requested that their reply brief be due on Monday, May 16, 2022. To avoid associates working on the weekends, the Court's policy is to set deadlines towards the end of the week.

All proceedings connected to Plaintiffs' motion for class certification are hereby STAYED. The Court will reset the class certification and *Daubert* briefing deadlines upon resolution of the motion for judgment on the pleadings.

The Clerk of Court is respectfully directed to terminate the open motion at docket entry 558.

SO ORDERED.

Date: March 10, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2