```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                           :
                                                 :         14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                      :         14-MC-2573 (VEC)
ANTITRUST LITIGATION                             :
                                                 :              ORDER
*This Document Relates to All Actions*           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 28, 2022, Defendants filed a motion for judgment on the pleadings as to Plaintiffs' anti-trust claims, Dkt. 584; and

WHEREAS on July 20, 2022, the Second Circuit decided *Gamma Traders – I LLC v. Merrill Lynch Commodities, Inc.*, 2022 WL 2821504 (2d Cir. 2022).

IT IS HEREBY ORDERED that, no later than **Monday, August 8, 2022**, the Defendants must file a letter motion, not to exceed five single-spaced pages, discussing the impact of *Gamma Traders* on their motion for judgment on the pleadings. Plaintiffs must file their response, also not to exceed five single-spaced pages, by no later than **Monday, August 15, 2022**.

**SO ORDERED.**

Date:  August 1, 2022
       New York, NY                                  _____
                                                          VALERIE CAPRONI
                                                       United States District Judge