USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
  IN RE:                                           :
                                                   :
  LONDON SILVER FIXING, LTD.,                      :
  ANTITRUST LITIGATION                             :        14-MD-2573 (VEC)
                                                   :        14-MC-2573 (VEC)
  This Document Relates to All Actions             :
-------------------------------------------------------------X        ORDER
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 28, 2022, Defendants filed a motion for partial judgment on the pleadings as to Plaintiffs' antitrust claims, Dkt. 584;

WHEREAS on August 1, 2022, the Court ordered the parties to submit supplemental briefing regarding the impact on *Gamma Traders – I LLC v. Merrill Lynch Commodities, Inc.*, 2022 WL 2821504 (2d Cir. 2022) on Defendants' motion for judgment on the pleadings; and

WHEREAS on August 8, 2022, Defendants submitted their letter brief and moved for judgment on the pleadings as to Plaintiffs' remaining CEA claims in addition to their antitrust claims, Dkt. 597, and Plaintiffs responded on August 15, 2022, Dkt. 598.

IT IS HEREBY ORDERED THAT Defendants' motion for judgment on the pleadings as to Plaintiffs' antitrust claims is hereby DENIED without prejudice. Defendants may resubmit their motion for judgment on the pleadings as to both Plaintiffs' CEA claims and antitrust claims by no later than **Friday, September 30, 2022**. Plaintiffs must respond by **Friday, October 28, 2022**. Defendants' reply brief must be filed no later than **Monday, November 14, 2022**.

IT IS FURTHER ORDERED THAT the stay of all proceedings connected to Plaintiffs' motion for class certification entered on March 10, 2022, is hereby continued until the resolution of the revised motion for judgment on the pleadings. Upon resolution of the revised motion for

judgment on the pleadings, the Court will reset the class certification and *Daubert* briefing deadlines as necessary.

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motion at docket entry 584.

**SO ORDERED.**

Date: August 24, 2022
New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**