**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
IN RE:

LONDON SILVER FIXING, LTD.,
ANTITRUST LITIGATION

14 MD 2573 (VEC)
14 MC 2573 (VEC)

This Document Relates to All Actions

**JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 22, 2023, the motion for judgment on the pleadings is GRANTED. As this resolves all remaining claims raised in the Third Amended Complaint, the case is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
May 22, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**